| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | |
|---|---|
| William S. Brody (SBN: 136136)<br>Angella D. Yates (SBN: 245045)<br>BUCHALTER NEMER, A Professional Corporation<br>1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017<br>Telephone: (213) 891-0700  Facsimile: (213) 896-0400<br>Email: wbrody@buchalter.com, ayates@buchalter.com<br>☒ Attorney for: CareOne Services, Inc. | |
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| In re:<br>ZAR RYAN PINEDA CASTILLO and AIVY REBOSURA CASTILLO,<br>Debtor(s),<br><br>ZAR RYAN PINEDA CASTILLO and AIVY REBOSURA CASTILLO,<br>Plaintiff(s),<br>v.<br>PERSELS & ASSOCIATES, LLC and CAREONE SERVICES, INC.,<br>Defendant(s). | CASE NO.: 10-70475<br><br>ADV. NO.: 11-04013<br><br>CHAPTER: 7 |

## Corporate Ownership Statement Pursuant to FRBP 7007.1

*Pursuant to FRBP 7007.1, any corporation, other than a governmental unit, that is a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in an adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Brian Moffet, the undersigned in the above-captioned case, hereby declare
  (Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☒ I am the attorney for the debtor corporation

2. a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   CareOne Services, Inc. is a wholly owned subsidiary of Ascend One Corporation.

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____         3/1/11
Signature of Attorney or Declarant        Date

Brian Moffet
Printed Name of Attorney or Declarant

1672175.1  99998/000004  03/03/2011